IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

DAWN AND JOHNNY SAUDICA,

et al.,

       Plaintiffs,

v.

SWAFFORD & HAYS SETTLEMENT
SERVICES, INC.,

       Defendant.

       \*
                                       Case No. 05-669
       \*
       \*
       \*
       \*
       \*

*RECEIVED*
*2006 FEB 27 P 4: 11*
*DEBRA P. HACKETT, CLK*
*U.S. DISTRICT COURT*
*MIDDLE DISTRICT ALA*

*RECEIVED*
*2006 FEB 23 P 12: 57*
*DEBRA P. HACKETT, CLK*
*U.S. DISTRICT COURT*
*MIDDLE DISTRICT ALA*

*1:06mc 3284 - WKW*

## MOTION TO QUASH SUBPOENA AND OBJECTION
## TO PLAINTIFF'S SUBPOENA

       Comes now, A & B Abstracts, Inc., and files this Motion to Quash Subpoena and files its Objection to the Plaintiff's Subpoena in the above styled case and sets forth grounds as follows:

1.     The subpoena requires a representative of A & B Abstracts, Inc., to appear in Mobile, Alabama, on February 24, 2006 at 9:00 a.m.

2.     The volume of documents requested by the Plaintiff is so great that additional time would be necessary for A & B Abstracts, Inc., to comply.

3.     The documents in question are housed in Abbeville, Henry County, Alabama, and the volume is so great that transporting these documents to Mobile, Alabama, would be overly burdensome and unreasonable. In addition, there are no other employees or staff available to accomplish this act. The owner would have to shut her business down to accumulate this information and then transport it to Mobile.

4.     A & B Abstracts, Inc., has been given insufficient time to comply with this Court's subpoena.

5.     A & B Abstracts, Inc., objects to the subpoenas as being overly broad and unduly burdensome. Many of the requests are without time limitations and seek documents as old as five years. A & B Abstracts, Inc., objects to the first three categories of documents listed on the Plaintiff's subpoena as being overly broad and burdensome with no time frame constraints.

6.     Request number 8 of the Plaintiff's subpoena seeks information relating to "all loans for which you provided services at the request of Swafford & Hays Settlement Services" without any limitation and, therefore, it is overly broad and burdensome.

SCANNED

WHEREFORE, A & B Abstracts, Inc., hereby objects to this third party subpoena and moves this Court to Quash this Subpoena.

Respectfully submitted this the 22nd day of February, 2006.

Walter B. Calton (CAL 036)
Attorney at Law
Post Office Box 696
Eufaula, Alabama 36072-0696
(334) 687-2407

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon counsel listed below by placing a copy of same in the United States Mail, postage prepaid and properly addressed on this the 22nd day of February, 2006.

Ellen H. Dover
Patricia Clotfelter
Baker, Donelson, Bearman,
Cladwell & Berkowitz, P.C.
420 20th Street North
Wachovia Tower, Suite 1600
Birmingham, Alabama 35203

Mr. George R. Irvine, III
Stone, Granade & Crosby, P.C.
7133 Stone Drive
Daphne, Alabama 36526

Mr. Kenneth J. Riemer
Post Office Box 1206
Mobile, Alabama 36633

Mr. Earl P. Underwood, Jr.,
Post Office Box 969
Fairhope, Alabama 36533

Of Counsel

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT
### Middle District of Alabama

Dawn and Johnny Saucida

V.                                                  SUBPOENA IN A CIVIL CASE

Swafford & Hays Settlement Services,
Inc.
                                                    Case Number:[1]  05-669
TO: A & B Abstracts, Inc.                           Pending in the United States
    2725 Calhoun Drive                              District Court for the
    Abbeville, AL 36310                             Southern District of Alabama
                                                    Southern Division

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to
  testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition
  in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the
  place, date, and time specified below (list documents or objects):

See Exhibit A attached.

| PLACE | DATE AND TIME |
|---|---|
| Ofc of Ken Riemer, 166 Government St., Suite 100, Mobile, AL | 2-24-06 9:00 a.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers,
directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the
matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *[signature]* Atty for Plaintiffs | 2/22/06 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Kenneth J. Riemer
166 Government Street, Suite 100           251-432-9212
                                          Mobile, AL  36602

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

# WALTER B. CALTON
## ATTORNEY AT LAW

312 East Broad Street
P. O. Box 696 (zip: 36072)
Eufaula, Alabama 36027

Telephone: 334-687-2407
Facsimile: 334-687-2466
Email: wcalton@bellsouth.net

## FACSIMILE COVER PAGE

PLEASE NOTE: WE ARE SENDING __ PAGES (INCLUDING THIS COVER SHEET). IF THERE ARE ANY PROBLEMS WITH THE TRANSMISSIONS OF THIS FAX, PLEASE CALL (334) 687-2407.

DATE: 3/23/06
TIME: _____
TO: Anthony Green
FROM: Walter Calton
LOCATION: _____
FAX NO: 334-954-3415
RE: _____

## MEMO

## CONFIDENTIALITY NOTE:

This Information in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named below. If the reader of this message is not the intended recipient, you are hereby prohibited from using this material or discussing this material with anyone. If you have received this telecopy in error, please immediately notify us by telephone and return the original message to us at the address below via the United States Postal Service.

Thank You.